SHIRLE HIGHT, PLAINTIFF-APPELLANT, v. BELGRADE
STATE BANK ET AL., DEFENDANTS-RESPONDENTS.

No. 12525.
Decided Sept. 18, 1973.
514 P.2d 766.

ORDER

PER CURIAM:

In this cause defendant bank repossessed an automobile under
a security agreement assigned to it by the seller of the automobile.

This action was brought, tried in the district court and judgment entered in favor of defendants on March 21, 1973, notice of
entry thereof was served upon plaintiff who then filed a notice
of appeal on April 25, 1973.

However, on April 5, 1973, the plaintiff signed and transferred the title to the automobile over to the original seller of
the vehicle, rendering this matter moot.

For this reason this appeal is ordered dismissed.